UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARTER COMMUNICATIONS   :
ENTERTAINMENT I, LLC d/b/a   :   CASE NO. 3:00-cv-01457-AWT
CHARTER COMMUNICATIONS,   :
:
Plaintiff,   :
:
v.   :   **APPEARANCE**
:
ANNMARIE PECARINA,   :
:
Defendant.   :
:

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 5 (b), please enter the undersigned firm's appearance as counsel in this case for plaintiff Charter Communications Entertainment 1, LLC d/b/a Charter Communications.

Dated: Mineola, New York
October 9, 2007

Yours, etc.,

LAW OFFICES OF PATRICK J. SULLIVAN, PLLC
Attorney for the Plaintiff

By: _____
Patrick J. Sullivan (ct26167)
92 Willis Avenue, Second Floor
Mineola, New York 11501
Phone: (516) 342-1248
Fax:    (516) 747-9405
e-mail: lawofficespjs1@optonline.net

Local Office Pursuant to Local Civil Rule 83.1(c):

Joseph M. Tobin, Esq.
Tobin & Melien
45 Court Street
New Haven, CT 06511
Phone: (203) 777-6660
Fax:    (203) 777-1817

## Certificate of Service

**PATRICK J. SULLIVAN**, an attorney admitted to the Bar of the U.S. District Court for the District of Connecticut, certifies that the following is true and correct:

1. On October 9, 2007, I served a copy of the foregoing Appearance upon the defendant by first class postage prepaid mail to the address set forth below:

AnnMarie Pecarina
83 Glen Ridge Court
New Milford, CT 06776

AnnMarie Elwell
7 Margerie Street, Apt. 1
Danbury, CT 06811

2. On October 9, 2007, I caused to be served by e-mail a copy of the foregoing Appearance to the attorney set forth below as follows:

Ryan Mihalic, Esq.
Murtha Cullina LLP
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3469
rmihalic@murthalaw.com

Dated: Mineola, New York
       October 9, 2007

_____
**PATRICK J. SULLIVAN (ct26167)**